219

(No. 75-CC-328— )

BN Transport Company, Claimant, *vs.* State of Illinois, Department of Transportation, Respondent.

*Opinion filed December 31, 1974.*

BN Transport Company, Claimant, pro se.

William J. Scott, Attorney General; Martin A. Soll, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 75-CC-354— )

Chicago Litho Products Co., Inc.,Claimant, *vs.* State of Illinois, Secretary of State's Office, Respondent.

*Opinion filed December 31, 1974.*

Chicago Litho Products Co., Inc., Claimant, pro se.

William J. Scott, Attorney General; Martin A. Soll, Assistant Attorney General, for Respondent.

Per Curiam.